```
                   UNITED STATES DISTRICT COURT

                  CENTRAL DISTRICT OF CALIFORNIA


WILLIAM RUFUS RHODEN,          ) NO. ED CV 07-00074-DDP(E)
                               )
          Petitioner,          )
                               )
     v.                        )          JUDGMENT
                               )
DEBRA DEXTER, Warden,          )
                               )
          Respondent.          )
_____)
```

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: November 19, 2009.

_____
            DEAN D. PREGERSON
       UNITED STATES DISTRICT JUDGE